# Exhibit 1

**3:11-md-02286-MMA-MDD** In Re: Midland Credit Management, Inc.,
Telephone Consumer Protection Act Litigation

1. Allen v. Midland, 3:14-cv-00851-MMA-MDD
2. Arauz v. Midland, 3:14-cv-00274-MMA-MDD
3. Barnett v. Midland, 3:14-cv-00589-MMA-MDD
4. Blotzer v. Midland, 3:14-cv-02880-MMA-MMD
5. Brook v. Midland, 3:15-cv-01254-MMA-MMD
6. Busca v. Midland, 3:14-cv-00383-MMA-MDD
7. Calvillo et al v. Midland, 3:14-cv-01664-MMA-MDD
8. Cammon v. Midland, 3:14-cv-00573-MMA-MDD
9. Canter v. Midland, 3:14-cv-02939-MMA-MMD
10. Carlisle v. Midland, 3:15-cv-00852-MMA-MMD
11. Colter v. Midland, 3:14-cv-00397-MMA-MDD
12. Covington v. Midland, 3:15-cv-01783-MMA-MMD
13. Daniel v. Midland, 3:14-cv-00720-MMA-MDD
14. Doyle v. Midland, 3:15-cv-00851-MMA-MMD
15. Francois v. Midland, 3:15-cv-01050-MMA-MMD
16. Fuller v. Midland, 3:14-cv-00385-MMA-MDD
17. Garcia v. Midland, 3:14-cv-02122-MMA-MMD
18. Gecy v. Midland, 3:16-cv-00831-MMA-MMD
19. Gray v. Midland, 3:14-cv-01344-MMA-MDD
20. Deltiwone Harris v. Midland, 3:14-cv-00956-MMA-MDD
21. Jean-Pierre (Meyers) et al v. Verizon Communications et al, 3:15-cv-02317-MMA-MDD
22. Kulka v. Midland, 3:13-cv-02861-MMA-MDD

23. Brett Martin v. Midland, 3:14-cv-02583-MMA-MDD

24. McGuire v. Midland, 3:14-cv-01746-MMA-MDD

25. Moynihan v. Midland, 3:15-cv-00082-MMA-MMD

26. Neill v. Midland, 3:14-cv-01654-MMA-MDD

27. Kari Peterson v. Midland, 3:15-cv-00894-MMA-MMD

28. Serrano v. Midland, 3:16-cv-01979-MMA-MDD

29. Smith-Galindo v. Midland, 3:15-cv-02908-MMA-MDD

30. Starner v. Midland, 3:14-cv-00774-MMA-MDD

31. Vales v. Midland, 3:14-cv-02458-MMA-MMD

32. Valkerie v. Midland, 3:15-cv-00916-MMA-MMD

33. Velez v. Midland, 3:15-cv-01049-MMA-MMD

34. Villavicencio v. Midland, 3:15-cv-00886-MMA-MMD

35. Welch v. Midland (In re Lawanda Cooper, Debtor), 3:15-cv-798-MMA-MMD

36. Wilbon v. Midland, 3:14-cv-00719-MMA-MDD

37. Moya et al v. Midland, 3:14-cv-02467-MMA-MDD

38. Bellanti et al v. Midland, 3:14-cv-01845-MMA-MDD

39. Treshan et al v. Midland, 3:15-cv-01821-MMA-MMD

40. Matteson et al v. Midland, 3:15-cv-02313-MMA-MMD (Class Action)

41. Haley et al v. Midland, 3:16-cv-00830-MMA-MDD (Class Action)